### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TANYA MARIE MOYER,<br><br>　　　　　　　Defendant. | CR-23-79-GF-BMM<br><br>**ORDER** |

Defendant Tanya Marie Moyer has moved for early termination of her term of supervised release. (Doc. 6.) The Court conducted a hearing on the motion on November 7, 2024. (Doc. 10.) The Government supported Moyer's early termination. (Doc. 10.)  The Court granted Moyer's motion.  (Doc. 10.)

Moyer pleaded guilty to one count of false statement in violation of 18 U.S.C. § 1001 in the Southern District of California. (Doc. 2-3 at 1.)  Moyer was sentenced to time served followed by two years of supervised release.  (Doc. 2-3 at 2–3.) Moyer began her supervised release on May 12, 2023.  (Doc. 2.)  Moyer's supervision was transferred to the District of Montana on August 8, 2023.  (Doc. 2.) Moyer's current term of supervision will expire on May 11, 2025.  (Doc. 2.)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such

1

action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Moyer's supervised release.  Adequate punishment has been imposed that reflects the seriousness of Moyer's offense. The Court recognizes that Moyer has completed nearly 18 months, or three-quarters, of her term of supervised release.

Adequate deterrence also appears to have been achieved, and supervision does not appear necessary to protect the public from further criminal behavior.  Moyer's conduct during her supervised release has conformed to the law and all terms of her supervision, and her United States Probation Officer noted that Moyer has "done very well on supervision."  (Doc. 7 at 2–3; Doc. 2-1 at 8.)

Accordingly, **IT IS HEREBY ORDERED** that Moyer's Motion for Early Termination of Supervised Release (Doc. 6) is **GRANTED**.

DATED this 7th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court